STILLWELL V. GLASSCOCK, *Appellant.*

DIVISION ONE.

Appellate Practice : JURISDICTION. The supreme court has no jurisdiction of an appeal in an action to recover $100 on a subscription list.

*Appeal from Hannibal Court of Common Pleas.*—HON. G. PORTER, Special Judge.

TRANSFERRED TO ST. LOUIS COURT OF APPEALS.

*R. M. Lakenan* for appellant.

*Harrison & Mahan* for respondent.

SHERWOOD, P. J.—This cause has been before this court on a former occasion. 91 Mo. 658. It was an action to recover the sum of $100 from the defendant on a certain subscription list signed by numerous subscribers. Whatever may have been the true *status* of this cause in a jurisdictional point of view when it was here before, it is quite certain that we have no jurisdiction of it now ; it is, therefore, transferred to the St. Louis court of appeals. All concur.